UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOE MACK FLOWERS,

v.   CASE NO. 8:90-cr-54-T-17MAP
     8:06-cv-49-T-17MAP

UNITED STATES OF AMERICA.

_____

ORDER

This cause is before the Court on Defendant Joe Mack Flowers' untimely motion to vacate, set aside, or correct an allegedly illegal sentence pursuant to 28 U.S.C. § 2255 (Doc. cv-1; cr-149).

BACKGROUND

The criminal case was closed on July 1, 1991, and the records of this case are filed in the archives. However, a review of the manual docket shows that Defendant Flowers has not previously filed a motion to vacate, set aside, or correct an allegedly illegal sentence pursuant to 28 U.S.C. § 2255.

DISCUSSION

On April 24, 1996, the Antiterrorism and Effective Death Penalty Act (AEDPA) was signed into law. The AEDPA amended § 2255 to establish a one-year statute of limitations for the filing of any § 2255 motion and the statute of limitations begins to run on the date on which the defendant's conviction is affirmed on direct appeal. However, for a Defendant like Flowers, whose conviction became final prior to April 24, 1996, courts have held that

the "cut-off" for filing a § 2255 motion would be one year after the effective date of the legislation, or April 24, 1997. See Goodman v. United States, 151 F.3d 1335, 1337 (11th Cir. 1998); Myles v. United States, 268 F. Supp. 1329 (M.D. Fla. 2003); United States v. O'Kaine, 971 F. Supp. 1479 (1997).

Defendant Flowers did not sign the present motion to vacate until January 2006, more than ten years after his conviction was final on direct appeal. Flowers has not presented any extraordinary circumstances for tolling the one-year limitations period.

Accordingly, the Court orders:

That Defendant Flowers' motion to vacate (Doc. cv-1;cr-149) is denied as time-barred. The Clerk is directed to enter judgment against Flowers in the civil case and to close that case.

ORDERED at Tampa, Florida, on January 17, 2006.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

AUSA: Whitney L. Schmidt
Pro se: Joe Mack Flowers